[No. 31328-0-III. Division Three. July 17, 2014.]

CRAIG FROST ET AL., *Respondents*, v. MARK H. BROOKS ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01407-2, Jerome J. Leveque, J., entered November 26, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 31549-5-III. Division Three. July 17, 2014.]

*In the Matter of the Interest of* M.D.N.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-7-00067-6, Robert W. Inouye, J. Pro Tem., entered February 28, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 31568-1-III. Division Three. July 17, 2014.]

KEVIN ANDERSON, *Appellant*, v. THE SPOKANE POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02279-2, Maryann C. Moreno, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31629-7-III. Division Three. July 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE MICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00123-6, Evan E. Sperline, J., entered April 30, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.